## HOSPITAL DE CARIDAD DE SAN GERMÁN *v.* SOTO NUSSA,

### JUEZ DE DISTRITO.

Solicitud para que se expida un auto de *mandamus.*

No. 6. Resuelto en Julio 22, 1905.

INJUNCTION.—DEBERES DE LOS JUECES DE DISTRITO EN PERIODO DE VACACIONES.— Los Jueces de Distrito están en el deber ineludible de atender durante el periodo de vacaciones de sus respectivas cortes, al despacho de los asuntos de que puedan conocer fuera de estrados, entre los cuales se encuentra la expedición de mandamientos de injunction, pues el periodo de vacaciones solo significa la clausura de las sesiones de la Corte durante el mismo, lo cual no exime á los Jueces de la obligación de oir y resolver las solicitudes que con arreglo á derecho puedan presentarles las partes durante dicho periodo.

ID.—MANDAMUS.—Mandamus es el recurso adecuado para obligar á un Juez á proceder fuera de estrados en un asunto de que, con arreglo á derecho, pueda conocer en su despacho.

Los hechos están expresados en la opinión.

Abogado del peticionario: *Sr. Hernández López.*

La solicitud fué presentada al Juez Presidente Sr. Quiñones, que emitió la siguiente opinión:

Visto el escrito presentado al que provee, por el abogado don Juan Hernández López, en representación del Hospital de Caridad de San Germán, en solicitud de un auto de *mandamus* contra el Juez de Distrito del Distrito judicial de Mayagüez, don Isidoro Soto Nussa, para que provea lo que corresponda en derecho sobre un interdicto prohibitorio solicitado por el mismo Hospital de Caridad contra don Armando Badrena, vecino de la misma ciudad de San Germán, para que se abstenga de percibir el sobrante del precio del remate de una casa

de su propiedad, sita en la ciudad de Mayagüez, que ha sido últimamente subastada para el pago de contribuciones atrasadas; y sobre cuya casa tiene el citado Hospital de Caridad un crédito por valor de mil quinientos y pico de pesos, por capital y réditos vencidos de un censo impuesto á su favor sobre la citada casa, y cuya solicitud se negó á resolver el Juez Sr. Soto Nussa, por entender que, según la ley, no estaba obligado á proveer nada en su despacho durante el período de vacaciones.

Visto también el informe emitido por el Juez Sr. Soto Nussa, en el que expone las razones que ha tenido para negarse á proveer en el asunto de que se trata.

*Considerando* que si bien en el Código de Enjuiciamiento Civil no existe disposición alguna que determine "concretamente" los deberes de los Jueces de Distrito en orden al despacho de los asuntos judiciales de sus respectivos territorios, durante el período de vacaciones es evidente, que no pudiendo quedar desatendida la administración de justicia durante el expresado período, están los Jueces en el deber ineludible de atender al despacho de los asuntos de que pueden conocer fuera de Estrados, entre los cuales se comprenden precisamente los interdictos prohibitorios, atendido el carácter de urgentes que ordinariamente revisten, sin que á ello obste la circunstancia de encontrarse en el período de vacaciones, que solo significa la clausura de las sesiones de la Corte durante aquél período, pero que no exime á los jueces de la obligación de oir las solicitudes que les presenten las partes en los asuntos de que pueden conocer fuera de Estrados, con arreglo al artículo 22 del Código de Enjuiciamiento Civil, tal como ha quedado redactado, según la ley de la Asamblea Legislativa de esta Isla, de 8 de marzo último, y según la que los jueces de Distrito podrán dictar en sus despachos, si así se solicitase, entre otros, los autos de *mandamus, cerciorari, inhibitorios y prohibitorios;* lo que implica, no ya una facultad

discrecional en el Juez de proveer ó no, según le parezca, sino el deber de proveer siempre que lo soliciten las partes, y que el objeto de la solicitud esté dentro de las atribuciones que la ley les concede con independencia de las cortes.

*Se declara con lugar* el auto de *mandamus* solicitado por el abogado don Juan Hernández López, en la representación con que comparece y, en su consecuencia, líbrese orden al Juez de Distrito del Distrito judicial de Mayagüez, don Isidoro Soto Nussa, para que provea al interdicto prohibitorio solicitado por la representación del Hospital de Caridad de San Germán, lo que proceda con arreglo á derecho; y se alza la retención decretada por el que provee del sobrante del precio del remate de la casa de don Armando Badrena, librándose al efecto la oportuna comunicación al Hon. Tesorero de Puerto Rico, para su conocimiento y demás efectos.

*Con lugar la solicitud.*